IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 04-429-2 |
| TAKASHI MATSUBARA | : | |

# O R D E R

**AND NOW**, this **31ˢᵗ day** of **August, 2022**, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

**ORDERED**

that Indictment in Criminal Number 04-429-2, as it relates to the above-captioned defendant only, is dismissed without prejudice. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

*S/Anita B. Brody*
HONORABLE ANITA B. BRODY
*Judge, United States District Court*

**XC: U.S. Marshals Service**
  **U.S. Probation Office**
  **U.S. Pretrial Services**

**Copies ecf _____ to:**         **Copies mailed _____ to:**